# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States ex rel. Brady Folliard

v.

Govplace

**Case No:** 13-7049

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)    ● Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

Govplace

Names of Parties                                Names of Parties

### Counsel Information

**Lead Counsel:** Christopher M. Loveland

**Direct Phone:** (202) 772-5313  **Fax:** (202) 312-9432  **Email:** cloveland@sheppardmullin.com

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Sheppard Mullin Richter & Hampton LLP

**Firm Address:** 1300 I Street, NW, Suite 11E, Washington, DC 20005-3314

**Firm Phone:** (202) 218-0000  **Fax:** (202) 218-0020  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2013, I caused copies of the foregoing Entry of Appearance to be served by electronic filing on the following counsel for appellant:

Vincent McKnight, Jr.
McKnight & Kennedy, LLC
8061 Georgia Avenue, Suite 1010
Silver Spring, MD 20910

                                           /s/
                                       Christopher M. Loveland