<u>NOT YET SCHEDULED FOR ORAL ARGUMENT</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**UNITED STATES OF AMERICA** *ex rel.*
**BRADY FOLLIARD,**

                    **Appellant,**

          **v.**                          **No. 13-7049**

**GOVPLACE,**

                    **Appellee.**

**APPELLEE GOVPLACE'S CERTIFICATE AS TO
<u>PARTIES, RULINGS, AND RELATED CASES</u>**

Pursuant to Circuit Rule 28(a)(1)(A) and this Court's order dated March 25,

2013, appellee Govplace, by and through undersigned counsel, respectfully

submits the following Certificate as to Parties, Rulings, and Related Cases:

**I.     PARTIES**

A.     The parties who have appeared before the U.S. District Court are as

follows:

          1.     Brady Follard (relator);

          2.     Emtec Federal (defendant);

          3.     Synnex Corporation (defendant);

          4.     Force 3 (defendant);

5.      Govconnections, Inc. (defendant);

6.      Government Acquisitions, Inc. (defendant);

7.      Govplace (defendant);

8.      GTSI Corp. (defendant);

9.      Hewlett-Packard (defendant); and

10.     United States of America.

B.      The parties before this Court are as follows:

1.      Brady Folliard (appellant); and

2.      Govplace (appellee).

## II.     RULINGS UNDER REVIEW

The rulings under review by this Court are U.S. District Court Judge Royce C. Lamberth's Order (Dkt. No. 170) and Memorandum Opinion (Dkt. No. 171) dated March 13, 2013 granting Govplace's Motion for Summary Judgment and dismissing Civil Action Number 1:07-cv-00719-RCL with prejudice.  There is not an official citation for these rulings under review.  Govplace presently does not know whether Mr. Folliard will be seeking a review of any additional rulings of the District Court.

## III.    RELATED CASES

The case on review was not previously before this Court or any other court. There are no related cases.

Respectfully Submitted,

 /s/

Christopher M. Loveland
SHEPPARD MULLIN RICHTER &
 HAMPTON LLP
1300 I Street, NW
Suite 1100 East
Washington, DC 20005
Phone:  (202) 772-5313
Dated: April 24, 2013          Facsimile:  (202) 312-9432

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of April, 2013, I caused copies of the

foregoing Certificate as to Parties, Rulings, and Related Cases to be served by

electronic filing on the following counsel for appellant:

Vincent McKnight, Jr.
McKnight & Kennedy, LLC
8061 Georgia Avenue, Suite 1010
Silver Spring, MD 20910


     /s/
Christopher M. Loveland