UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES S. ex. rel. BRADY FOLLIARD<br><br>Appellant,<br><br>v.<br><br>GOVPLACE, Inc.,<br><br>Appellee. | Appeal No. 13-7049 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Appellant Brady Folliard submits the following certificate as required by Circuit Rule 28(a)(1) and the Court's Order of March 25, 2013 :

### A. Parties and *Amici*

The following parties appeared before the District Court:

- Brady Folliard, Plaintiff;
- GovPlace, Inc., Defendant;
- Government Acquisitions, Inc., Defendant
- Emtec Federal, Defendant
- Synnex Corporation, Defendant

- Hewlett-Packard Corporation, Defendant

- GovConnections, Inc., Defendant

- Force3, Defendant

- GTSI Corp, Defendant

The parties appearing in this court are:

- Brady Folliard, Appellant; and

- GovPlace, Inc., Appellee.

## B. Rulings Under Review

The rulings at issue are:

- An order signed by Judge Royce C. Lamberth on May 3, 2012 limiting the case to the sales enumerated in the complaint.

- An order signed by Judge Royce C. Lamberth on July 31, 2012 granting in part and denying in part GovPlace's motion for summary judgment, and granting in part and denying in part Folliard's 56(d) discovery request.

- An order signed by Judge Royce C. Lamberth on March 18, 2013 granting GovPlace's motion for summary judgment, denying Folliard's 56(d) discovery request, and dismissing the case with prejudice.

## C. Related Cases

The case on review, United States ex rel. Folliard v. District of Columbia, Civil No. 07-719 (RCL), is an appeal from the United States District Court for the District of Columbia, and has not previously been before this Court.

Respectfully submitted,

MCKNIGHT & KENNEDY, LLC

By: /s/ _____
H. Vincent McKnight, Jr.
D.C. Bar No. 293811
8601 Georgia Avenue
Suite 1010
Silver Spring, MD 20910
(301) 565-5281

## Certificate of Service

I hereby certify that the foregoing was filed on April 24, 2013 through the Court ECF filing system and by regular First Class Mail to Brian Hudak, Esquire, Assistant United States Attorney, 555 Fourth St., NW, Washington, DC 20530, and by regular mail to Christopher M. Loveland, Esquire, SheppardMullin 1300 I Street, N.W., 11th Floor, Washington, DC, 20005.

/s/ _____
H. Vincent McKnight