**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Case Caption: Brady Folliard

v.

Government Acquisitions, Inc., & GovPlace

Case No: 13-7049

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

GovPlace

Names of Parties                                Names of Parties

### Counsel Information

Lead Counsel: Jonathan S. Aronie

Direct Phone: (202) 218-0039   Fax: (202) 218-0020   Email: jaronie@sheppardmullin.com

2nd Counsel:

Direct Phone: (   )   -   Fax: (   )   -   Email:

3rd Counsel:

Direct Phone: (   )   -   Fax: (   )   -   Email:

Firm Name: Sheppard Mullin Richter & Hampton, LLP

Firm Address: 1300 I Street NW, 11th Floor East, Washington, DC 20005

Firm Phone: (202) 218-0000   Fax: (202) 218-0020   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2013, I caused the foregoing Entry of Appearance to be electronically filed through the Court's ECF filing system, which will serve copies via e-mail notice on the following counsel registered as ECF users:

John Mark Murdock
Benton Potter & Murdock, PC
400 South Maple Avenue, Suite 210
Falls Church, VA 22046

H. Vincent McKnight
Lee Plaza, Suite 1010
8601 Georgia Avenue
Silver Spring, MD 20910

Copies were also served by First Class Mail, postage pre-paid, on the above counsel and on the following person:

Brian Hudak
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

_____
Jonathan S. Aronie

SMRH:200874959.1